LAW OFFICE OF KIMBERLEE A. RODE
Kimberlee A. Rode (SBN: 186132)
9245 Laguna Springs Drive, Suite 200
Elk Grove, CA 95758
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Plaintiffs
JOSE FLORES and AMY LYNN FLORES


LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:    213-485-1500
Facsimile:     213-485-1200

Attorneys for Defendants
GMAC MORTGAGE, LLC (erroneously sued as
"GMAC Mortgage, a wholly owned subsidiary of
GMAC LLC") and DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE FOR
MORTGAGEIT TRUST 2006

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES AND AMY LYNN FLORES ) | CASE NO. 2:09-CV-01216-GEB-GGH |
| ) | |
| Plaintiffs, ) | Hon. Garland E. Burrell, Jr. |
| ) | |
| vs. ) | **STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE AND ASSOCIATED DEADLINES; ORDER** |
| ) | |
| GMAC MORTGAGE, A WHOLLY OWNED ) | |
| SUBSIDIARY OF GMAC LLC AND DEUTSCHE ) | |
| BANK NATIONAL TRUST COMPANY, AS ) | |
| TRUSTEE FOR MORTGAGEIT TRUST 2006 ) | |
| ) | |
| Defendants. ) | |

1  WHEREAS, on June 10, 2009, Defendants GMAC Mortgage, LLC and Deutsche Bank
2  National Trust Company, as Trustee for MortgageIT 2006 (collectively "Defendants") executed
3  Waivers of the Service of Summons in accordance with FED R. CIV. P. 4(d) and delivered them to
4  Plaintiffs' counsel; and

5  WHEREAS, in accordance with FED R. CIV. P. 4(d), Defendants' deadline to respond to the
6  First Amended Complaint in this matter is August 10, 2009; and

7  WHEREAS, Defendants intend to file one more motions to dismiss the Complaint in its
8  entirety on or before the August 10 deadline; and

9  WHEREAS, on May 4, 2009, the Court entered an Order setting this matter for an initial
10 status (pretrial scheduling) conference also on August 10, 2009 at 9:00 a.m.; and

11 WHEREAS, in accordance with the Court's May 4 Order and FED. R. CIV. P. 26(f), the
12 parties were required to and did meet and confer regarding a proposed discovery plan at least
13 twenty-one (21) days prior to the initial status; and

14 WHEREAS, the parties believe that it is in the best interests if the Court and the parties to
15 determine what, if any, claims against Defendants will proceed prior to conducting an initial status
16 conference and setting associated deadlines for discovery, etc.; and

17 WHEREAS, the Parties have not previously requested an extension of the initial status
18 conference;

19 NOW THEREFORE, in light of the foregoing, the undersigned parties, through their counsel
20 of record, HEREBY STIPULATE AND AGREE that the initial status conference currently set for
21 August 10, 2009 should be continued for sixty (60) days, to **October 12, 2009 at 9:00 a.m.**, so that
22 the Court may first address Defendants' forthcoming motion to dismiss.

Dated:  July 21, 2009                    LAW OFFICE OF KIMBERLEE A. RODE

                                         By:  /s/ Kimberlee A. Rode
                                               Kimberlee A. Rode

                                         Attorney for Plaintiffs
                                         JOSE AND AMY FLORES

*[Additional Signature of Counsel and Entry Block on Following Page]*

Dated: July 21, 2009                    LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Thomas J. Cunningham
    Thomas J. Cunningham
    Nina Huerta

Attorneys for Defendants
GMAC MORTGAGE, LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORTGAGEIT 2006

## [PROPOSED] ORDER

The Court, having considered the foregoing STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES, It is hereby ORDERED that that the initial status conference currently set for August 10, 2009 is continued to **October 19, 2009 at 9:00 a.m.; the request for hearing for October 12, 2009, as the hearing date is not granted since it is a court holiday.**

**IT IS SO ORDERED.**

DATED: 8/4/09

**Garland E. Burrell, Jr.**
United States District Judge

1611360v.1