1  Kimberlee A. Rode (State Bar No. 186132)
   Law Office of Kimberlee A. Rode
2  9284 Jackson Road
   Sacramento, CA  95826
3  Telephone: (916) 417-4564
   Facsimile: (916) 244-7006
4
   Attorney for Jose Flores and Amy Lynn Flores
5

6  LOCKE LORD BISSELL & LIDDELL LLP
   Thomas J. Cunningham (SBN: 263729)
7  Nina Huerta (SBN: 229070)
   300 South Grand Avenue, Suite 2600
8  Los Angeles, CA 90071
   Telephone (213) 485-1500
9  Facsimile (213) 485-1200

10 Attorneys for Defendants GMAC Mortgage, LLC
   And Deutsche Bank National Trust Company, as
11 Trustee for Mortgageit Turst 2006

12                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
13                               SACRAMENTO DIVISION

14
   Jose Flores and Amy Lynn Flores,          ) Case No.: 2:09-CV-01216_GEB-GGH
15           Plaintiffs,                     )
                                             )
16 v.                                        ) ORDER FOR STIPULATION FOR CHANGING
                                             ) DATE OF INITIAL STATUS CONFERENCE
17 GMAC Mortgage, a Wholly owned             ) AND ASSOCIATED DEADLINES
   subsidiary of GMAC LLC and Deutsche       )
18 Bank National Trust Company, as Trustee   ) Date: November 2, 2009
   for Mortgageit Trust 2006,                ) Time: 9:00 a.m.
19           Defendants.                     ) Hon Garland E. Burrell, Jr.
                                             )
20                                           ) Action filed May 04, 2009
                                             )
21                                           )

22

23

24 _____

25

Proposed Order for Stipulation for changing date of hearing - 1

COMES NOW Plaintiffs Jose Flores and Amy Lynn Flores ("Plaintiff"), by and through their attorney of record, The Law Office of Kimberlee A. Rode, and Defendants, GMAC Mortgage LLC and Deutsche Bank National Trust Company, as Trustee for Mortgageit Trust 2006 ( "Defendant"), by and through their attorneys of record, Locke Lord Bissell & Liddell, LLP, who stipulate as follows:

1. WHEREAS, on July 23, 2009 Plaintiff and Defendant filed an Amended Stipulation to Continue Initial Status Conference and Associated Deadlines to be heard October 26, 2009;

2. WHEREAS, the court set the Status Conference to be heard on October 19, 2009;

3. WHERAS, Plaintiff's counsel has a conflict on that date and made contact with the office of the Defendant's counsel;

4. WHEREAS, Plaintiff's counsel verified with the Courtroom Deputy Shani Furstenau the first available date to be November 2, 2009 at 9:00 a.m.;

5. WHEREAS, counsel for the parties have agreed to continue the Status Conference to November 2, 2009 at 9:00 a.m.;

6. WHEREAS, this stipulation will not alter any other date of any other event or any other deadline fixed by an Order of this Court.

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendant, through their respective attorneys of record, as follows:

1. The date for the hearing for the Initial Status Conference shall be November 2, 2009 at 9:00 a.m. in courtroom 10 before the Hon. Garland E. Burrell, Jr.

**IT IS SO STIPULATED.**

                                 **THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: September 21, 2009                    /s/ Kimberlee A. Rode
                                     By:   _____
                                           Kimberlee A. Rode, attorney for Plaintiff Shaunn A. Fullmer

Dated: September 21, 2009            **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

                                           /s/ Joshua R. Mandell
                                     By:   _____
                                           Joshua R. Mandell, attorney for Defendant OneWest Bank, FSB as successor by acquisition of Indymac Federal Bank

### ORDER

The Court, having considered the forgoing Stipulation to Change the Date of the Status Conference , and good cause appearing, hereby ORDERS that the initial status conference currently set for October 19, 2009 is continued to November 2, 2009 at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Date: 9/23/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

Proposed Order for Stipulation for changing date of hearing - 3